STATE of Missouri, Respondent,

v.

James L. JENKINS, Appellant.

No. WD 47722.

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

Lawrence R. McClure, Marshall, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

**ORDER**

PER CURIAM:

James L. Jenkins appeals his convictions of first degree assault and armed criminal action. We affirm the judgment. Rule 30.-25(b).